# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JESUS AYALA | § | Case No. 1:15-13082-CAD |
| MARGARITA AYALA | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 10,000.00 |
| Total Distributions to Claimants: 3,206.68 | Claims Discharged Without Payment: 669,918.96 |
| Total Expenses of Administration: 6,793.32 | |

3) Total gross receipts of $ 10,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,793.32 | 6,793.32 | 6,793.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 664,733.48 | 8,392.16 | 8,392.16 | 3,206.68 |
| **TOTAL DISBURSEMENTS** | $ 664,733.48 | $ 15,185.48 | $ 15,185.48 | $ 10,000.00 |

4)  This case was originally filed under chapter 7 on  04/13/2015 .  The case was pending for 34 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/18/2018               By:/s/RONALD R. PETERSON
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2000 Freightliner 746,164 (odometer broken unable | 1129-000 | 10,000.00 |
| TOTAL GROSS RECEIPTS | | $ 10,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| RONALD R. PETERSON | 2200-000 | NA | 354.32 | 354.32 | 354.32 |
| Schmitt's Truck Repair, Inc. | 2420-000 | NA | 4,509.00 | 4,509.00 | 4,509.00 |
| Associated Bank | 2600-000 | NA | 180.00 | 180.00 | 180.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,793.32 | $ 6,793.32 | $ 6,793.32 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 21st Mtg Attn: Legal P.O. Box 477 Knoxville, TN 37901 | | 43,358.00 | NA | NA | 0.00 |
| | Blitt & Gaines 661 Glenn Avenue Wheeling, IL 60090 | | 811.49 | NA | NA | 0.00 |
| | CBCS Po Box 69 Columbus, OH 43216 | | 488.99 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 6,413.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 6,404.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 8,323.00 | NA | NA | 0.00 |
| | Credit Management Lp 4200 International Pkwy Carrollton, TX 75007 | | 521.00 | NA | NA | 0.00 |
| | Harris N.a. Bmo Harris Bank - Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202 | | 36,824.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris N.a. Bmo Harris Bank - Bankruptcy Dept.-Brk-1 770 N Water Street Milwaukee, WI 53202 | | 380,117.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 2,452.00 | NA | NA | 0.00 |
| | Municipal Services Bureau PO Box 16755 Austin, TX 78761 | | 1,275.00 | NA | NA | 0.00 |
| | Ocwen Loan Servicing L 12650 Ingenuity Dr Orlando, FL 32826 | | 177,185.00 | NA | NA | 0.00 |
| | Penn Credit PO Box 1259 Oaks, PA 19456 | | 72.00 | NA | NA | 0.00 |
| | Transworld Sys Inc/09 507 Prudential Rd Horsham, PA 19044 | | 489.00 | NA | NA | 0.00 |
| 2 | AMERICAN EXPRESS BANK, FSB | 7100-000 | NA | 4,608.50 | 4,608.50 | 1,760.93 |
| 3 | Atlas Acquisitions Llc | 7100-000 | NA | 1,331.97 | 1,331.97 | 508.95 |
| 1 | Midland Funding Llc | 7100-000 | NA | 2,451.69 | 2,451.69 | 936.80 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 664,733.48 | $ 8,392.16 | $ 8,392.16 | $ 3,206.68 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-13082 | CAD | Judge: | Carol A. Doyle | | Trustee Name: | RONALD R. PETERSON |

Case Name: JESUS AYALA  
MARGARITA AYALA  
For Period Ending: 01/18/2018

Date Filed (f) or Converted (c): 04/13/2015 (f)  
341(a) Meeting Date: 06/01/2015  
Claims Bar Date: 09/10/2015

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Chase Bank Chicago IL Checking | 200.00 | 0.00 | | 0.00 | FA |
| 2.  Location: 5250 W Roscoe, Chicago IL 60641 2 bedroo | 1,000.00 | 0.00 | | 0.00 | FA |
| 3.  Men & Woman Clothing Location: 5250 W Roscoe, Chic | 200.00 | 0.00 | | 0.00 | FA |
| 4.  2007 Jeep Liberty over 106,500 | 2,500.00 | 0.00 | | 0.00 | FA |
| 5.  2000 Cadillac 132,300 miles | 1,600.00 | 0.00 | | 0.00 | FA |
| 6.  2000 Freightliner 746,164 (odometer broken unable | 4,500.00 | 0.00 | | 10,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $10,000.00          $0.00          $10,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 22, 2017.  Case will be closed in the next 60 days.

July 8, 2016. Discharge granted to Margarita Ayala.

April 26,2016.  Blocked Debtors' discharge and recovered $15M for sabotaged tractor and trailer.  Case is ready to close.

August 18, 2015, 03:40 pm. Objected to discharge under 727, and I am trying to sell tractor trailer.

Initial Projected Date of Final Report (TFR): 12/31/2015          Current Projected Date of Final Report (TFR): 06/30/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 15-13082 | Trustee Name: RONALD R. PETERSON | Exhibit 9 |
| Case Name: JESUS AYALA | Bank Name: Associated Bank | |
| MARGARITA AYALA | Account Number/CD#: XXXXXX8844 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3627 | Blanket Bond (per case limit): $54,824,000.00 | |
| For Period Ending: 01/18/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/21/16 | 6 | Deny Villegas | Sale tractor and trailer Per Court Order | 1129-000 | $10,000.00 | | $10,000.00 |
| 03/22/16 | 1001 | Schmitt's Truck Repair, Inc. | Truck Storage and Recovery Per Court Order of 17 March 2016 | 2420-000 | | $4,509.00 | $5,491.00 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,481.00 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,471.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,461.00 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,451.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,441.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,431.00 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,421.00 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,411.00 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,401.00 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,391.00 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,381.00 |
| | | | Page Subtotals: | | $10,000.00 | $4,619.00 | |

Case 15-13082 Doc 43 Filed 02/06/18 Entered 02/06/18 15:46:24 Desc Main
Document Page 9 of 11

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-13082 | Trustee Name: RONALD R. PETERSON |
| Case Name: JESUS AYALA | Bank Name: Associated Bank |
| MARGARITA AYALA | Account Number/CD#: XXXXXX8844 |
| | Checking |
| Taxpayer ID No: XX-XXX3627 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 01/18/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,371.00 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,361.00 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,351.00 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,341.00 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,331.00 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,321.00 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,311.00 |
| 11/30/17 | 1002 | RONALD R. PETERSON JENNER & BLOCK LLP CHICAGO, IL 60654-3456 | Distribution | | | $2,104.32 | $3,206.68 |
| | | RONALD R. PETERSON | Final distribution representing a payment of 100.00 % per court order. | ($1,750.00) | 2100-000 | | |
| | | RONALD R. PETERSON | Final distribution representing a payment of 100.00 % per court order. | ($354.32) | 2200-000 | | |
| 11/30/17 | 1003 | Midland Funding Llc Midland Credit Management Inc As Agent For Midland Funding Llc Po Box 2011 Warren Mi 48090 | Final distribution to claim 1 representing a payment of 38.21 % per court order. | 7100-000 | | $936.80 | $2,269.88 |

| | | | | | Page Subtotals: | $0.00 | $3,111.12 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 15-13082 | Trustee Name: RONALD R. PETERSON | |
| Case Name: JESUS AYALA | Bank Name: Associated Bank | |
| MARGARITA AYALA | Account Number/CD#: XXXXXX8844 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3627 | Blanket Bond (per case limit): $54,824,000.00 | |
| For Period Ending: 01/18/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/30/17 | 1004 | AMERICAN EXPRESS BANK, FSB c o Becket and Lee LLP POB 3001 Malvern, PA  19355-0701 | Final distribution to claim 2 representing a payment of 38.21 % per court order. | 7100-000 | | $1,760.93 | $508.95 |
| 11/30/17 | 1005 | Atlas Acquisitions Llc On Behalf Of Jh Portfolio Debt Equities Oliphant Financial, Llc 2601 Cattlemen Road Sarasota, Fl 34232 | Final distribution to claim 3 representing a payment of 38.21 % per court order. | 7100-000 | | $508.95 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $10,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $10,000.00 |

Page Subtotals:                                                                 $0.00                    $2,269.88

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8844 - Checking | $10,000.00 | $10,000.00 | $0.00 |
| | $10,000.00 | $10,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals:                    $0.00            $0.00